IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FOSSELMAN, JR., aka<br>El Heru Kweli Ra Uhuru,<br><br>         Plaintiff,<br><br>    vs.<br><br>MATTHEW CATE, et al.,<br><br>         Defendants.<br>_____/ | No. 2:12-cv-2022 KJN P<br><br><br><br><br><br><br>ORDER |

       Plaintiff is a state prisoner proceeding without counsel. On August 1, 2012, defendants Cate and Heberle removed this civil rights action from state court pursuant to 28 U.S.C. § 1441(a). In his complaint, plaintiff alleges violations of his civil rights by defendants. However, the alleged violations took place at Salinas Valley State Prison in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This action is transferred to the United States District Court for the Eastern
3 | District of California sitting in Fresno; and

4 | 2. All future filings shall reference the new Fresno case number assigned and
5 | shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: August 8, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/foss2022.22