# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FOSSELMAN, JR., | CASE NO. 1:12-cv-01302-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| MATTHEW CATE, et al., | |
| Defendants. | (ECF No. 3) |

Plaintiff Lorenzo Fosselman, Jr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants removed this action to federal court on August 1, 2012. On August 1, 2012, Defendants filed a request seeking that the complaint be screened and to be allowed thirty days to respond to the complaint from the date of filing the screening order.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

The Court will grant Defendants' request that they be relieved from the obligation to file a responsive pleading until thirty (30) days after the complaint is screened. Accordingly, Defendants' request is HEREBY GRANTED , and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:   **January 24, 2013**           /s/ **Stanley A. Boone**
                                        UNITED STATES MAGISTRATE JUDGE

1