UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FOSSELMAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | 1:12-cv-01302-AWI-SAB (PC) <br><br> ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT <br><br> (ECF 20) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On April 30, 2014, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the filing fee in the present case was paid in full on August 1, 2012, IT IS HEREBY ORDERED THAT plaintiff's application of April 30, 2014, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **May 1, 2014**

UNITED STATES MAGISTRATE JUDGE

1